Curtis TYLER, Movant,

v.

STATE of Missouri, Respondent.

No. 45568.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 15, 1983.

Joel W. Case, Manchester, for movant.

John Ashcroft, Atty. Gen., Kristie Green, Asst. Atty. Gen., Jefferson City, George Peach, Circuit Atty., St. Louis, for respondent.

ORDER

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing and without appointment of counsel, of a successive Rule 27.26 motion. Affirmed. Rule 84.16(b).

Marquis Ranloff McCLURE, Respondent,

v.

Marilyn Joanne McCLURE, Appellant.

No. WD 33597.

Missouri Court of Appeals,
Western District.

Feb. 15, 1983.

C. John Forge, Jr., Independence, for appellant.

Ralph E. Pratt, Independence, for respondent.

Before PRITCHARD, P.J., and MANFORD, and NUGENT, JJ.

ORDER

PER CURIAM:

This is an appeal from a judgment in dissolution of marriage proceedings.

Judgment affirmed. Rule 84.16(b).